David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
J. Grace Felipe (SBN 190893)
FelipeG@cmtlaw.com
CARLSON & MESSER LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
ARSTRAT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRYSTAL WISE, | CASE NO.: |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| ARSTRAT, LLC and DOES 1-20 INCLUSIVE, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant ARSTRAT, LLC. ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1.  On April 9, 2015, Plaintiff CRYSTAL WISE ("Plaintiff") filed a civil action in the Superior Court of the State of California for the County of San Luis Obispo entitled *Crystal Wise v. Arstrat, LLC*, Case No. 15LC-0215. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

2. Plaintiff's Complaint was served on Defendant via personal service on May 2, 2015.

3. This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 USC § 1446(b).

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff states in the Complaint that "[t]his is an action arising out of Defendant's violations of the "Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.*" (Complaint ¶ 8), and Plaintiff's second cause of action is for violation of said Act. This Court has supplemental jurisdiction over Plaintiff's first cause of action pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial. Defendant also demands a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED: June 22, 2015                    CARLSON & MESSER LLP

                                        By:   s/David J. Kaminski
                                              David J. Kaminski
                                              J. Grace Felipe
                                              Brian Miller
                                              Attorneys for Defendant
                                              ARSTRAT, LLC.