JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRYSTAL WISE,**<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**ARSTRAT, LLC,**<br><br>　　　　　Defendant. | **Case No.:** CV15-04728 MWF (RAOx)<br><br>**ORDER ENTERING JUDGMENT AGAINST DEFENDANT ARSTRAT, LLC**<br><br>**HON. MICHAEL W. FITZGERALD** |

　　On July 27, 2015, Defendant ARSTRAT, LLC ("Defendant") made an Offer of Judgment to Plaintiff CRYSTAL WISE ("Plaintiff"). [ECF No. 14]. Thereafter, Plaintiff accepted said Offer on July 30, 2015. [ECF No. 15]. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Plaintiff and against Defendant pursuant to Federal Rule of Civil Procedure, Rule 68; and,

2. Said Judgment shall be for the sum of $2,001.00 (two thousand and one dollars and zero cents); plus Plaintiff's reasonable attorneys' fees; and, costs.

Dated: August 3, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**