FILED
CLERK, U.S. DISTRICT COURT

8/14/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYSTAL WISE, <br><br> Plaintiff, <br><br> vs. <br><br> ARSTRAT, LLC and DOES 1-20 INCLUSIVE, <br><br> Defendant. | CASE NO.: 15-CV 4728 MWF (RAOx) <br><br> **ORDER RE: STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE A FEE PETITION** <br><br> Hon. Michael W. Fitzgerald |

Pursuant to the Stipulation of the parties, and for good cause, it is hereby ordered that Plaintiff CRYSTAL WISE, have an extension of time, up to and including August 31, 2015, within which to file a Fee Petition.

DATED: <u>August 14, 2015</u>

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE